**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| IN RE: | Case Number |
|---|---|
| Bradley D Dillman | 24-11056-13 |
| Debtor | |

**NOTICE AND MOTION TO DISMISS**

Standing Chapter 13 Trustee, Mark Harring brings on this motion and respectfully represents:

1. Debtor filed for relief under chapter 13 of the United States Bankruptcy Code on May 28, 2024.
2. The debtor has failed to file one or more of the following items: plan, schedules, and chapter 13 means test, as required by 11 USC Section 521.

WHEREFORE your movant requests an order directing the dismissal of the above-captioned chapter 13 proceeding.

PLEASE TAKE NOTICE that you must object or request a hearing **on or before July 16, 2024** if you wish to contest this motion. Any objection or request for hearing that you file must be filed with the court at the address listed below. An objection or request for hearing should set forth grounds to support the objection request. If no objection or request for hearing is filed, the court shall grant the motion without a hearing and the case will be dismissed.

Dated: June 25, 2024  /s/ Mark Harring
Standing Chapter 13 Trustee

The Court's Address is:

United States Bankruptcy Court
120 N Henry
Room 340
Madison, WI 53703-2599

This copy of notice sent to:

United States Bankruptcy Court
120 N Henry
Room 340
Madison, WI 53703-2599

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| IN RE: | Case Number |
|---|---|
| Bradley D Dillman | 24-11056-13 |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Elizabeth Brady, state that on June 25, 2024 I deposited in the U.S. Mail a true and correct copy of the notice and motion for dismissal to the following listed parties in envelopes with return addresses in case of non-delivery, unless parties are served via the CM/ECF System sponsored by the Court.

United States Bankruptcy Court
120 N Henry
Room 340
Madison, WI 53703-2599

ATTORNEY NOE RINCON
KREKELER LAW SC
26 SCHROEDER COURT STE 300
MADISON, WI 53711

Bradley D Dillman
5309 Portsmouth Way
Madison WI 53714

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Elizabeth Brady
Office of the Standing Chapter 13 Trustee