| | | | |
|---|---|---|---|
| **11:00 AM** | 3-24-11056-cjf | Bradley D Dillman | |
| | Ch 13 | | |
| | Trustee: Harring | | |
| Madison | | | |
| **Debtor or Plaintiff Atty.:** | | ✓ Noe Joseph Rincon    608-258-8555 | for Bradley D Dillman |

**Matter:** Hearing on Motion by Debtor to Continue/Extend Automatic Stay (Doc # 14)
30 days = 6/27/2024
✓ Leslie Brodhead-Griffith TR

**Judge Hearing Notes:** ✓

## U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WISCONSIN

## COURT PROCEEDING MEMO

### OUTCOME:

Granted / **Denied** | Sustained | Overruled | Allowed | Disallowed | Approved | Withdrawn | Settled | UA

Debtor shall do the following by: _____ (Date) ____ or the case will be dismissed.
___ Bring current, including payments by: _____ (Date) ____ provide information to Trustee
Other: _____ ____ amend plan | ____ amend budget

Plan Confirmed, order to be submitted by: CH 13 TR | CH 12 ATTY | CH 11 ATTY

### SCHEDULE:
Adj. to _____ at _____. Location: Telephone | Zoom | Hybrid, Deadline:_____
Other: _____. LF | SF Zoom Order Madison OR Eau Claire

____ Final/Evidentiary Hearing. Parties agree that _____ [hours / day(s)] will be sufficient to hear the matter.
____ Issue Standard Pre-Hearing Order
____ Other: _____
____ Briefing Schedule | Movant's Brief _____ Response Brief _____ Reply Brief _____
____ Other Schedule: _____

### ORDER:
____ Order to be submitted by: _____ | the Court
____ Order at docket no. _____ to be signed
**X** ORDER: For the reasons stated from the bench, *the Motion is denied.*

IT IS SO ORDERED

Catherine J. Furay
U.S. Bankruptcy Judge

**X** cc: Debtor(s)
____ cc: Pro se party