**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: July 19, 2024**

_____
**Hon. Catherine J. Furay**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

_____

In Re: Bradley D Dillman                    Bankruptcy No. 24-11056-13

_____

ORDER OF DISMISSAL
_____

The Court having reviewed the file finds that the Debtor has failed to file Schedules, Means Test, and no Plan meeting the requirements of Chapter 13 of Title 11, United States Code has been presented: and further finding that no cause has been shown why this case should not be dismissed;

IT IS THEREFORE ORDERED that this case be and the same is hereby dismissed under 11 USC 1307(c) without prejudice for want of prosecution, or because Schedules, Means Test and no Plan have been filed or confirmed.

IT IS FURTHER ORDERED that, unless previously paid in full, all fees related to the above-entitled case are due and owing. Motions for reconsideration of this order of dismissal will not be entertained by the Court unless all unpaid fees are paid at the time the motion is made.

###